WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
J. Christopher Shore
Thomas E. MacWright

Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2352
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
John K. Cunningham
Richard S. Kebrdle (admission *pro hac vice* pending)

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SIFCO S.A.,<br><br>    Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 14-11179 (REG) |

**NOTICE OF AGENDA FOR HEARING**
**ON OCTOBER 22, 2014 AT 11:15 A.M.**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, **Room 523**, One Bowling Green, New York, NY 10004-1408.

**I.    CONTESTED MATTER**

1. Verified Petition for Recognition of Foreign Main Proceeding and Request for Chapter 15 Relief [**ECF No. 2**]

    Response Deadline:        October 15, 2014 at 5:00 p.m.

<u>Response Received</u>:

a. Objection of Ad Hoc Committee of Senior Secured Noteholders to Verified Petition for Recognition of Foreign Main Proceeding and Request for Chapter 15 Relief [**ECF No. 32**]

<u>Related Documents</u>:

a. Reply of the Foreign Representative to the Objection of Ad Hoc Committee of Certain Senior Secured Noteholders to Verified Petition for Recognition of Foreign Main Proceeding and Request for Chapter 15 Relief [**ECF No. 36**]

b. Chapter 15 Petition for Recognition of Foreign Proceeding of SIFCO S.A. [**ECF No. 1**]

c. Declaration of Rubens Leite as Foreign Representative [**ECF No. 3**]

d. Declaration of Geraldo Gouveia Junior as Foreign Counsel [**ECF No. 4**]

e. Supplemental Disclosure Pursuant to 11 U.S.C. § 1518 [**ECF No. 23**]

f. Supplemental Disclosure Pursuant to 11 U.S.C. § 1518 [**ECF No. 26**]

g. Supplemental Declaration of Rubens Leite Pursuant to 28 U.S.C. § 1746 [**ECF No. 34**]

h. Declaration of Savio Pereira de Andrade Pursuant to 28 U.S.C. § 1746 Supplementing (I) Voluntary Petition Form and (II) The Foreign Representative's Verified Petition for the Recognition of Foreign Main Proceeding and Chapter 15 Relief [**ECF No. 35**]

<u>Status</u>: This matter is going forward on a contested basis.

*[Remainder of page left intentionally blank]*

Dated: October 21, 2014
      New York, NY

Respectfully submitted,

WHITE & CASE LLP

By */s/ Thomas E. MacWright*
J. Christopher Shore
Thomas E. MacWright
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

John K. Cunningham
Richard S. Kebrdle (admission *pro hac vice* pending)
Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2352
Telephone: (305) 371-2700
Facsimile: (305) 358-5744

*Counsel to the Foreign Representative*